

# ARTHUR HADLEY MEDICINE
## ARTHUR T. HADLEY, MD
### OCCUPATIONAL MEDICINE & FAMILY MEDICINE
**11777 Katy Freeway, Suite 270**
**Houston, Texas 77079**
**(281) 597-1010   Pager (281) 289-8829   Fax (281) 597-0015**
**ahadley@wt.net • www.fitslim.com**

| | |
|---|---|
| Areas of Expertise: | ■ Medical care. Particularly, the analysis of the quality of medicine provided through either an inpatient or outpatient standpoint<br>■ Standards of medical care within a community<br>■ Hospital procedure and policy with regard to error and accident prevention as well as quality improvement issues<br>■ Managed care and its influence on medicine today<br>■ Aviation and aerospace medicine<br>■ Family practice<br>■ All aspects of occupational medicine to include surveillance, independent medical exams, disability and toxicology |
| Professional Experience: | ■ Colonel U.S. Army: Hospital commander responsible for all aspects of function in the United States, Germany and Saudi Arabia.  This responsibility included, but was not limited to, clinical care, quality, resource management and administration<br>■ Private practice in preventive medicine, family practice and occupational medicine<br>■ Medical Director for a managed care organization<br>■ Army astronaut candidate |
| Services: | ■ Full spectrum of expert witness to include court testimony, litigation support and review of medical records in the areas of expertise noted above<br>■ Site review for occupational, aerospace, medical cases<br>■ Clear written reports that are timely and easy to read |
| Education/ Training: | Yale University, BA<br>Tulane University School of Medicine, MD<br>Tulane School of Public Health and Tropical Medicine, MPH & TM |
| Professional Qualifications: | <u>Licensure and Board Certification</u><br>■ American College of Preventive Medicine (Fellow) with subspecialties in Occupational Medicine and Aerospace Medicine<br>■ American Academy of Family Practice (Fellow)<br>■ Certificate of Added Qualification in Geriatrics and Sports Medicine<br>■ American Board of Independent Medical Examiners<br>■ American Academy of Disability & Evaluating Physicians (Fellow)<br>■ Medical Review Officer<br>■ Aviation Medical Examiner<br>■ Licensed in Texas, Louisiana and New York |
| Geographical Areas: | No Limitations. Passport and vaccinations current |
| Comments: | Experienced, fast, thorough |



EXHIBIT
A