HCX.  ALTH CERTIFICATION AND PLAT    ARE

| 1. Patient's HI Claim No. 262390076A | 2. Start Of Care Date 12/08/06 | 3. Certification Period From: 04/07/07   To: 06/05/07 | 4. Medical Record No. N1075 | 5. Provider No. 457898 |
|---|---|---|---|---|

**6. Patient's Name and Address**
JAMES BUTLER
6855 SOUTHWEST FREEWAY # 191
HOUSTON TX 77074
Phone: (713) 771-0641

**7. Provider's Name, Address and Telephone Number**
New Creation Care Inc.
7923 DAIRY VIEW LANE
HOUSTON TX 77072-5666
Phone: (281) 879-0106  Fax: (281) 564-0377

| 8. Date of Birth 10/25/58 | 9. Sex ☒ M ☐ F |
|---|---|

**10. Medications: Dose/Frequency/Route (N)ew (C)hange**
NORVASC 10MG PO DAILY
HYDROCODONE/ASAP 7.5/50 1 PO BID PRN.
DILANTIN 200MG PO QAM
DILANTIN 100MG PO QPM
TYLENOL ES 1000MG PO Q6HRPRN

| 11. ICD-9-CM Principal Diagnosis | Date |
|---|---|
| 438.21   HEMIPL AFFCT DOM | (E) 01/31/2007 |

| 12. ICD-9-CM Surgical Procedure | Date |
|---|---|

| 13. ICD-9-CM Other Pertinent Diagnosis | Date |
|---|---|
| 780.39   OTHER CONVULSIONS | (E) 02/05/2007 |
| 401.0    ESSENTIAL HYPERTENSION. | (E) 11/2006 |
| 585.6    END STAGE RENAL DISEASE | 2004 |

**14. DME and Supplies:** CANE, WHEELCHAIR, EXAM GLOVES, PROBE COVER.

**15. Safety Measures:** KEEP PATHWAYS CLEAR, STANDARD PRECAUTIONS / INFECTION CONTROL FALL PRECAUTIONS.

**16. Nutritional Req.** LOW SODIUM DIET.

**17. Allergies:** NKA

**18.A. Functional Limitations**
1 ☐ Amputation
2 ☒ Bowel/Bladder(Incontinence)
3 ☐ Contracture
4 ☐ Hearing
5 ☒ Paralysis
6 ☒ Endurance
7 ☒ Ambulation
8 ☒ Speech
9 ☐ Legally Blind
A ☐ Dyspnea With Minimal Exertion
B ☐ Other (Specify)

**18.B. Activities Permitted**
1 ☐ Complete Bedrest
2 ☐ Bedrest BRP
3 ☐ Up As Tolerated
4 ☐ Transfer Bed/Chair
5 ☐ Exercise Prescribed
6 ☐ Partial Weight Bearing
7 ☐ Independent At Home
8 ☐ Crutches
9 ☒ Cane
A ☒ Wheelchair
B ☐ Walker
C ☐ No Restrictions
D ☐ Other (Specify)

**19. Mental Status:**
1 ☒ Oriented
2 ☐ Comatose
3 ☒ Forgetful
4 ☐ Depressed
5 ☐ Disoriented
6 ☐ Lethargic
7 ☐ Agitated
8 ☐ Other

**20. Prognosis:**
1 ☐ Poor
2 ☐ Guarded
3 ☒ Fair
4 ☐ Good
5 ☐ Excellent

**21. Orders for Discipline and Treatments (Specify Amount/Frequency/Duration)**
SN VISIT 0W1, 1W9.
SN TO CONTINUE TO ASSESS V/S AND ALL MAJOR BODY SYSTEMS Q VISIT X9WKS.
SN TO REPORT TO MD ANY ABNORMALTY INCLUDING TEMP > 101 OR < 96, SYSTOLIC BP > 180 OR < 90, DIASTOLIC BP > 90 OR < 50, PULSE RATE > 110 OR < 60, RESPIRATION > 32 OR < 12.
SN TO TEACH ON HEMIPLEGIA (CVA) DISEASE PROCESS AND MANAGEMENT.
SN TO TEACH ON ANY NEW OR CHANGED DIET, DIAGNOSIS AND MEDICATIONS.
PT TO EVALUATE AND TREAT AS PER MD ORDER

**22. Goals/Rehabilitation Potential/Discharge Plans**
ALL GOALS ARE X9WKS.
PATIENT/CAREGIVER KNOWLEDGE OF HEMIPLEGIA (CVA) WILL IMPROVE.
WITH PT INTERVENTION PATIENT EXTREMITIES WILL GIAN MUSCLE STRENGTH.
PATIENT'S PAIN WILL BE CONTROLLED AND MANAGED AT THE PATIENTS OWN COMFORT LEVEL AS VERBALIZED BY Pt/CG

**23. Nurse's Signature and Date of Verbal SOC Where Applicable**
P. Nehikmere, RN   4/7/07

**25. Date HHA Received Signed POT**

**24. Physician's Name and Address**
RITA UZOAGA, MD
9119 S. GESSNER STE. 305
HOUSTON TX 77074
UPIN: 126811
Ph.: (713) 772-5669
Fax: (713) 772-5538

**26.** I certify / (recertify) that this patient is confined to his/her home and needs intermittent skilled nursing care, physical therapy and/or speech therapy or continues to need occupational therapy. The patient is under my care, and I h authorized the services on this plan of care and will periodically review the plan.

**27. Attending Physician's Signature and Date Signed**
050507

**28.** Anyone who misrepresents, falsifies, or conceals essential information required for payment of Federal funds may be subject to fine, imprisonment or civil penalty under applicable Federal laws.

Form 485

DEFENDANT'S EXHIBIT 4A   tabbies