## PHYSICAL THERAPY EVALUATION

INITIAL ✓    RECERT    DISCHARGE    DATE: 04-27-07

| PATIENT'S NAME: | PHYSICIAN'S NAME: | DIAGNOSIS / SURGICAL PROCEDURE: |
|---|---|---|
| James Butler | Dr. Rita Uzoaga | CVA (L) Hemi; HTN |

### CLINICAL FINDINGS

| FUNCTION | W/C | WALK |
|---|---|---|
| MOBILITY | | mod (C) |
| EVEN | | to cane c̄ |
| UNEVEN | | circumduction |
| BED MOBILITY | | gt. |
| ROLLING | | |
| LEFT | | |
| RIGHT | mod (C) | |
| SUPINE SIT | | |
| TRANSFERS | | |
| IN & OUT OF BED | | mod (C) |
| IN & OUT OF CHAIR | | mod (C) |
| TOILET | C̄ cid ano | |

KEY
0 = UNABLE TO PERFORM
1 = MAXIMUM ASSISTANCE REQUIRED
2 = MODERATE ASSISTANCE REQUIRED
3 = MINIMUM ASSISTANCE REQUIRED
4 = VISUAL CUEING OR SUPERVISION REQUIRED
5 = SAFE AND INDEPENDENT

EQUIPMENT IN USE
scooter; cane

EQUIPMENT RECOMMENDED
foot splint

| PART | ACTION | R | L | R | L | COMMENTS |
|---|---|---|---|---|---|---|
| SHOULDER | ABDUCTION | | | | 90° | PROM |
| | ADDUCTION | | | | WFL | |
| | FLEXION | | L | | 90° | |
| | EXTENSION | | A | | | |
| | INT. ROTATION | | C | | | |
| | EXT. ROTATION | | C | | | |
| ELBOW | FLEXION | | L | | IC | |
| | EXTENSION | | ⊕ | | compl. | |
| FOREARM | SUPINATION | | | | | |
| | PRONATION | | | | | |
| WRIST | FLEXION | | | | | |
| | EXTENSION | | | | | |
| FINGER | GRIP | | | | | |
| | EXTENSION | | | | | |

| | | STRENGTH | | ROM | | |
|---|---|---|---|---|---|---|
| PART | ACTION | R | L | R | L | |
| HIP | FLEXION | | 3 | | | PROM |
| | EXTENSION | | | | | |
| | ABDUCTION | | | | | |
| | ADDUCTION | | | | | |
| | INT. ROTATION | | | | | |
| | EXT. ROTATION | | | | | |
| KNEE | FLEXION | | | | | |
| | EXTENSION | | | | | |
| FOOT | DORSI FLEXION | | | | | |
| | PLANTER FLEXION | | | | | |
| | EVERSION | | | | | |
| | INVERSION | | | | | |

MUSCLE GRADES:
N = NORMAL   P = POOR   C = COMPLETE
G = GOOD   T = TRACE   IC = INCOMPLETE
F = FAIR   O = ZERO

| PART | ACTION | R | L | R | L | COMMENTS |
|---|---|---|---|---|---|---|
| NECK | FLEXION | | | | | |
| | EXTENSION | | | | | |
| | LATERAL FLEX. | | | | | |
| | LATERAL EXT. | | | | | |
| | ROTATION | | | | | |
| BACK | FLEXION | | | | | |
| | EXTENSION | | | | | |
| | LATERAL BENDING | | | | | |
| | ROTATION | | | | | |
| | SIDE GLIDING | | | | | |

POSTURE
Standing c̄ flaccid (L) UE

GAIT EVALUATION
Pt. ambulates c̄ circumduction
gait (R) heel strike (L)
foot, b/L.E. flex on
swing phase (L) foot
drop inside a point, unit
cane (L)

SENSATION
intact of to light touch

PAIN
Pt. c/o pain to (L) ankle
9/10 scale at amo.

CARDIOPULMONARY
B.P. 130/80, P87, R.20

SKIN
(+) edema (L) lower
leg

REHAB POTENTIAL
good for stated goals.

PSYCHOSOCIAL
Pt. lived alone c̄ caregiver

| PROBLEMS | TREATMENT | SHORT TERM GOALS | TARGET DATE |
|---|---|---|---|
| Pt. 2° pain shoulder | Therap. Ex. to (L) UE | To ↓ pain to (L) | |
| ↓ status (L) shift P.cm | and (L) LE | at EL while walking | |
| weakness to (L) LE | Standing Bal. Ex. | To ↑ LE strength | |
| visual physical balance | Gait & endurance Trg. | w/c ardu [no] | |
| and gait/walking | HEP/Safety Instruction | to (L) LE and ↑ | |
| balance. | | soft tissue to (L) LE | |
| | | and (L) UE. To | |
| | | improve gt. 50 feet | |

| FREQUENCY OF TREATMENT | LONG TERM GOALS | TARGET DATE |
|---|---|---|
| 1X1 w/c, 3X4 wks. | to improve gt. pattern | |
| | and ↑ endurance. | |

| PHYSICAL THERAPIST SIGNATURE | PHYSICIAN'S SIGNATURE: |
|---|---|
| _[signature]_ PT | _[signature]_ 051007 |

FT Eval A12 10/22/2003

DEFENDANT'S EXHIBIT 4 B