## The American Institute of Balance

*Advancing The Study of Human Equilibrium*®

Tampa Bay (727) 565-0093
Orlando (407) 401-7604
Toll Free (877) 469-2798

Home | Contact

About | Patient Info | Dr. Gans Blog | AIB Near You | Certification/Affiliation | Education Foundation | Marketplace

### About AIB

Click here to **Meet the AIB Staff**





A quick message from Richard E. Gans, Ph.D.

AIB strives to provide the highest caliber evidenced-based, diagnostic and treatment services in a caring, compassionate and cost-effective manner.

AIB Education Foundation provides the global healthcare community with the most current and scientifically robust clinical protocols and information through its classes, workshops, online education and Certification programs.

AIB research appears in leading medical journals and textbooks. It is referenced by numerous investigators and incorporated into the Gold Standard of treatment by Professional Medical Societies. AIB patient centered research seeks new and better methods for the diagnosis and treatment of all forms of equilibrium disorders.

AIB participates in the following Insurance Plans:

- Advantra Freedom
- Aetna
- Av-Med
- BCBS Health Options HMO
- CorVel
- Care Plus HMO
- Cigna
- Epic
- Evercare
- Humana
- Humana Gold Plus
- Integrated Health Plans
- Medicare Part B
- Multiplan / PHCS
- Railroad Medicare
- AARP Medicare Complete
- SouthCare PPO
- Tricare Prime
- Tricare Standard
- Humana Veterans
- United HealthCare
- Universal Healthcare
- USA Care
- WellCare

### Patient Care

AIB is recognized as the leading diagnostic, treatment and educational research center in vestibular and equilibrium sciences since 1992. AIB clinics are typically located within rehabilitation-based or university facilities promoting the AIB philosophy of a comprehensive, inter-disciplinary approach to patient care. There are currently six AIB clinic locations in the greater Tampa Bay and Orlando areas, including Florida Hospital Carrollwood, Zephyrhills & North Pinellas. The Institute's main campus and educational center is located in Largo Florida.

### Our Mission

We are committed to providing consistent, high-quality, evidence-based care in balance health to all persons and providing professional development to practitioners throughout the world.

### Our Vision

To establish a global network of AIB trained & certified specialists and educators to advance the study of human equilibrium worldwide.

AIB diagnostic and treatment clinics serve as a valuable resource for both medical and military communities, and is a participating provider for over 25 insurers. Dr Gans and the staff at AIB have served as a clinical training site and held academic appointments for the following:

### Clinical Training site for

- University of South Florida
- University of Florida
- Nova Southeastern University
- Salus University
- State University of New York (SUNY)- Buffalo
- University of North Carolina- Chapel Hill
- A.T. Still University- Arizona School of Health Sciences

### Academic appointments

- University of South Florida
- University of Florida
- Nova Southeastern University
- Salus University
- AT Still University- Arizona School of Health Sciences
- University of Pittsburgh
- University of New England- College of Osteopathic Medicine
- University of Nuevo Leon- School of Medicine



AIB Corporate & Education Center
Largo, FL



DEFENDANT'S EXHIBIT
tabbies
8

http://dizzy.com/about.htm

10/25/2015

Case 4:14-cr-00065    Document 153-6    Filed 11/04/15 in TXSD    Page 2 of 3

## AIB Education Foundation - Leading the World in Vestibular and Equilibrium Education

Founded by Dr. Gans in 1999, the mission of the Foundation is to provide wide-ranging, clinically relevant, multi-disciplinary global education; support research; fund clinician training and provide free services for children in need.

- Professional post-graduate education, workshops, on-campus, on-site and internationally. Dr. Gans and colleagues have provided programs throughout Asia (Hong Kong, China, Singapore), Latin America (Argentina, Brazil, Colombia, Guatemala, Mexico) and Europe (England, Russia, Spain).

- Global on-line education initiative in cooperation with the **University of New England - College of Osteopathic Medicine**. Courses are offered in English, Spanish and Chinese for continuing medical and professional education.

- Funding clinical training for medical, audiology and physical therapy residents.

- Funding for pediatric evaluations for un-insured children. No child under 18 is turned away because of inability to pay.

- Funding for research and students- American Academy of Audiology Foundation-Vestibular Research Award and The Ohio State University- Department of Hearing and Speech Sciences- Student Clinician Award.

For more information regarding both our On-Campus and Off-Campus Programs, please visit the AIB Education Foundation!

## Research

AIB research may be found in leading peer reviewed ENT and Audiology journals, including: Annals of Otolaryngology, Ear and Hearing, International Journal of Audiology and the Journal of the American Academy of Audiology. Research at AIB has been referenced in Standards and Practice guidelines for both the American Academy of Neurology and American Academy of Otolaryngology- Head and Neck Surgery. Visit www.dizzy.com and click on Research and Publications to download our published articles. Dr. Gans and colleagues have also written books and chapters in leading medical texts on balance disorders. It is this commitment to research that ensures that all clinical services at AIB facilities are evidenced-based practice.

To view our recently published articles click here!

## AIB Affiliate

The AIB Affiliate Network is an international network of AIB trained and certified physicians, audiologists and physical therapists. These practitioners have earned degrees within their designated specialties, taken approved AIB workshops and courses and have successfully completed a certification examination.



The American Institute of Balance
Affiliate Network

Through this international network, AIB and it's affiliated specialists have helped thousands of patients with vestibular and balance problems throughout the world.

To obtain more information about the affiliate program please click here!



**Florida Hospital North Pinellas**
**Tarpon Springs, FL**



**Florida Hospital**
**Zephyrhills, FL**



**University of South Florida**
**Tampa, FL**



**Orlando, FL**

## Meet The American Institute of Balance - Clinic Staff



**Richard E. Gans, Ph.D**
*Founder and CEO*
Past President - American
Academy of Audiology (2004-05)
Research Scientist Member - AAN
The Ohio State University
Learn more...



**Sara Jagger, Au.D.**
*Doctor of Audiology*
*Board Certified*
**Clinic Coordinator**
Penn State University
A.T. Still University



**Darren Kurtzer, Au.D.**
*Doctor of Audiology*
*Board Ceritifed*
**AIB Sport Coordinator**
York University
Nova Southeastern University



**Gwendolyn Dawson, Au.D.**
*Doctor of Audiology*
**Audiologist**
University of Northern Colorado



**Lynn F. Sumerson, D.O.**
*Ear, Nose, Throat*
Professor Emeritus - Otolaryngology
Philadelphia College
of Osteopathic Medicine



**Abraham Garcia, Au.D.**
*Doctor of Audiology*
Wichita State University



**James Hall, III, Ph.D.**
*Clinical Professor*
Northwestern University
Baylor College of Medicine



**Charles Berlin, Ph.D.**
*Clinical Professor*
University of Pittsburgh
Professor Emeritus
Louisiana State University



**Ryan Malkiewicz**
*4th Year Resident*
Nova Southeastern University
Virginia Tech University



**Taylor Unger**
*4th Year Resident*



**Siran Liu**
*4th Year Resident*



Home | About AIB | Patient Info | Research / Publications | AIB Near You | Affiliate Programs | Education Foundation | Marketplace | Contact Us | Site Map | Privacy Policy

Content: © 2011 The American Institute of Balance. Dizzy.com: All Rights Reserved | HIPAA Statement
Web Design and Hosting By Visual Edge Design, Inc.