DEFENDANT'S
EXHIBIT
9

**E.Rita Uzoaga ,MD**

PATIENT: _Robbie marks_  DATE: _08·19·09_

**ASSESSMENT:**
1) ① Dizziness / BPPV — √ Epley √ Vera
2) ② allergies — cont allegra
3) ③ GERD — dc Nexium, √ Kapidex
4) ④ DM II — √ diabetic shoes
5)
6)

**PLAN:**
1) ⑤ HTN — stable
2) ⑥ GAIT ABN / FALLS
3) ⑦ RA
4)
5)
6)

Patient Education: Treatment Plan ,Medications and Side effects ,DX ,PX
low fat diet , Exercise , Smoking cessation , Wt loss , ADA diet
Diabetic teaching , BG diary ,BP diary ,Foot check ,Renal diet
Fluid restr ( ) litres, low salt diet ,Elevate legs @ HS
SBE monthly, Environmental control , Coumadin diet ,
Fall Precautions ,Seizure Pre-c, Aspiration Pre-c
ER Precautions ,Medication compliance Emphasized.
UA FSBS UPT UC&s PSA HIV HSV RPR GC/C
Urine Microalbumin Wound C&s PT/INR ESR LDH
ANA RF CPK CBC CMP TSH LIPID H.Pylori HgbA1c
CBC w/ Periph Smear , SPEP ,Free T4 ,TotalT3 Influenza A/B
West Nile Ig M
Other_____

*to be drawn aug 29th @ peoples*

LABS:

**IMMUNIZATIONS:** Pneumovax Td Flu Other_____
**REFERRALS:** MMG CT/MRI USG X-Rays ECHO DEXA Carotid
Arterial Duplex Venous Duplex
**SPECIALISTS:** DERM CARDIO RENAL ENT NEURO PAIN OPHTH
ID GI HEME ENDO ORTHO SURGERY VASCULAR
PLASTICS PODIATRY Other_____
**FOLLOW-UP:** ( wk ) ( mth )
**PHONE CALL CHECK :** (in am) (in 2d)

*diabetic shoes*
*SVH — √ special shoe need*
*need DME to con for need*

*VENG*

*methodist √ falls & disequilibrium*

_____MD

## E. Rita Uzoaga, MD
### 9119 S.Gessner #305 Houston TX 77074
### FOLLOW UP VISIT

PATIENT: Robbie Marks    DATE: 08·19·09

ALLERGIES: Codeine, Darvocet, Vicodine    AGE: 59y/o

CHIEF COMPLAINT: Light HA, Equilibrem problem X3d. Acid Reflux

| TEMP 98.0 | BP 115/78 | HR 88 | RR 17. | WT 186 PAIN |
|---|---|---|---|---|
| LMP | PULSE OX | FSBG | | |

HPI:

"lightheadess for the past couple of days when walking my Equilibrium is off (+) Reflux Sx worse @ HS — ∅ melena, ∅ Hchez However state that stool test done @ ppls clinic (+) Guaiac — BH enema done ∅ results on Sept 2nd.

**MEDICATION REVIEW:**

near fall

**INTERVAL HX:** Recent ER visit/Hospitaliz:___  Recent Seizure:___  Recent Fall Ⓨ

**GLUCOSE DAIRY REVIEW:**

**BLOOD PRESSURE DAIRY:**

Diet Compliance:( no )(yes –low salt ,low fat , ADA ___ calories)

**ROS:** finds herself swaying when walking @ HS — ∅ relief c Nexium Reflux X Tmth

F/C/HA/Dizziness/Wt loss/ loss of apetite/NS/Fatigue/blurry vision/hearing loss/cough/sorethroat/sneezing/nasaldrainage/breastpain/CP/SOB/DOE/Edema/ Palpitations/PND/Orthopnea/N/V/D/C/abdpain/heartburn/refluxsxMelena/H'chezia H'emesis/changeinbowelhabits/Urinaryfreq/dysuria/hematuria/hesitancy/noctaria/ vaginal d/c,odor,irritation/vaginal bleeding/ decreased libido/decreased erections/ Joint pains/muscle aches/recent falls/skin rash/bruising/mood changes/sleep difficulties/suicide ideations/confusion/weakness ∅ CP, ∅ SOB

**HEALTH MAINTAINANCE:**

Ankle foot pain

L → R bunigh bon walke

| Pneumovax- | Dilated Eye Exam- | Colonoscopy- | Annual Foot Exam- |
|---|---|---|---|
| Pap- | Mmg- June 09 @ ppl people | Stool for blood- | Prostate-    Td- |

got 2 injectns in the Knee done by rheumetology in June Sunset Clinic 7135265511

## E.Rita Uzoaga ,MD

9119  S.Gessner  Houston  TX 77074

PATIENT: *Robbie Markov*          DATE: 08·19·09

PHYSICAL  EXAM:

Gen:

WN  WD  Obese  Thin  Distress (NAD, Mild, Mod, Severe)_____

HEENT:

NCAT  EOMI  PERRLA  Conjunctivae(wnl ,injected)_____

EACs(wnl,inflamed)TMs( shiny ,dull, red ,bulging ,loss of landmarks,cerumen)___

Nasal mucosa (wnl)(Pale boggy turbinates)_____

Oropharynx(wnl) tonsils (absent ,wnl, enlarged,hyperemic ,exudative)_____

NECK:

Supple ,JVD(none,present), TMG(none,present)Carotid Bruit( L)(R)_____

CVS:

RRR ( murmurs ,rubs,gallops)_____

BREASTS:

Symmetrical ,Pendulous ,no skin changes ,no masses ,nipple  discharge_____

No lymphadenopathy_____

LUNGS:

Normal  inspiratory  effort (CTAB,Wheezes,Rales, Rhonci)_____

ABD:

Normoactive bowel sounds,soft ,NT,ND,Masses_____

GU:(male)

testes descended (unilat,Bilat) ,Penis (circumcised,Uncirc)discharge_____

Prostate  smooth ,non-enlarged, without masses_____

GU:(Female)

External genitalia(wnl), Vaginal vault (wnl ,blood present) _____

Cervix (absent ,wnl discharge)cervical  motion tenderness (absent ,present)_____

Adnexa (wnl , tenderness , no masses)_____

Uterus (absent ,wnl ,enlarged)Pap taken_____

NEURO:

CN II-XII  intact_____ (+) hallpike _____

DTR ,Finger –Nose intact ,Babinski  downgoing_____

Strength_____ Sensation  intact  to  pinprick , vibration_____

PSYCH:

Alert ,Oriented X3_____

Mood (wnl ,anxious) Affect  (appropriate, distant ,flat)_____

EXTREMITIES:

No  Cyanosis ,Edema ,Clubbing_____

SKIN:

No rash ,lesion  or skin breakdown_____

Gait : passed get up go , unsteady , slow poor standing bal

### E . Rita  Uzoaga ,MD
9119  S.Gessner #305  Houston TX  77074
#### FOLLOW UP  VISIT

PATIENT: _Robbie Marks_          DATE: _09·04·09_

ALLERGIES: _Allergies._          AGE: _59 y/o_

CHIEF COMPLAINT: _Allergies  been on  med for  2wk_

_∅ help!! Fever @ night tim_

TEMP _96.8_  BP _122/64_  HR _71_  RR _19_  WT _188.8_  PAIN

LMP      PULSE OX      FSBG

HPI:

_① facial pain, Earache, Subj fever
Congested tachy meds given by outside clinic inity
started balance testing - trying to get used to
getting knee Inj as needed from Rheum._

_developing Sinusiti all 80._

MEDICATION REVIEW:

_Amoxil     x10d ∫ relief
Comspray
upper resp infec allergin_

INTERVAL HX: Recent  ER visit/Hospitaliz: ___  Recent  Seizure:___  Recent Fall__

GLUCOSE  DAIRY  REVIEW: _fasting  121_

BLOOD PRESSURE  DAIRY:

Diet  Compliance:( no )(yes –low  salt  ,low fat , ADA ___  calories)

ROS: _mild @ HS_

F/C/HA/Dizziness/Wt loss/ loss of apetite/NS/Fatigue/blurry vision/hearing
loss/cough/sorethroat/sneezing/nasaldrainage/breastpain/CP/SOB/DOE/Edema/
Palpitations/PND/Orthopnea/N/V/D/C/abdpain/heartburn/refluxsx Melena/H'chezia
H'emesis/changeinbowelhabits/Urinaryfreq/dysuria/hematuria/hesitancy/nocturia/
vaginal d/c,odor,irritation/vaginal bleeding/ decreased libido/decreased erections/
Joint pains/muscle aches/recent falls/skin  rash/bruising/mood changes/sleep
difficulties/suicide ideations/confusion/weakness _still feel equilibrium off_

HEALTH  MAINTAINANCE:

| | | | |
|---|---|---|---|
| Pneumovax- | Dilated Eye Exam- | Colonoscopy- | Annual  Foot Exam- |
| Pap- | Mmg- | Stool for blood- | Prostate-          Td- |

## E.Rita Uzoaga ,MD
### 9119  S.Gessner  Houston  TX 77074

PATIENT: *Robbie Mark N*          DATE: *09-09-09*

PHYSICAL  EXAM:

Gen:

WN  WD  Obese  Thin  Distress (NAD, Mild, Mod, Severe) *nasa Pwrce*

HEENT:

NCAT  EOMI  PERRLA  Conjunctivae(wnl ,injected)

EACs(wnl,inflamed)TMs( shiny ,dull, red ,bulging ,loss of landmarks,cerumen)

Nasal mucosa (wnl)(Pale boggy turbinates) *(L) max Sinuses tender*

Oropharynx(wnl) tonsils (absent ,wnl, enlarged,hyperemic ,exudative)

NECK:

Supple ,JVD(none,present), TMG(none,present)Carotid Bruit( L)(R)

CVS:

RRR ( murmurs ,rubs,gallops)

BREASTS:

Symmetrical ,Pendulous ,no skin changes ,no masses ,nipple  discharge

No lymphadenopathy

LUNGS:

Normal  inspiratory  effort (CTAB,Wheezes,Rales, Rhonci)

ABD:

Normoactive bowel sounds,soft ,NT,ND,Masses

GU:(male)

testes descended (unilat,Bilat) ,Penis (circumcised,Uncirc)discharge

Prostate  smooth ,non-enlarged, without masses

GU:(Female)

External genitalia(wnl), Vaginal vault (wnl ,blood present)

Cervix (absent ,wnl discharge)cervical  motion tenderness (absent ,present)

Adnexa (wnl , tenderness , no masses)

Uterus (absent ,wnl ,enlarged)Pap taken

NEURO:

CN II-XII  intact

DTR  ,Finger –Nose intact ,Babinski  downgoing

Strength_____  Sensation  intact  to  pinprick , vibration

PSYCH:

Alert ,Oriented X3

Mood (wnl ,anxious) Affect  (appropriate, distant ,flat)

EXTREMITIES:

No  Cyanosis ,Edema ,Clubbing

SKIN:

No rash ,lesion  or skin breakdown

E.Rita Uzoaga ,MD

PATIENT: _Robbie Marks_   DATE: _09·04·09_

ASSESSMENT:
1) ① Sinusitis — failed Amoxil
2) Trial Levaquin
3)
4)
5)
6) ② GERD — Δ to Aciphex
PLAN:
1) ③ Vertigo — cont bal Rehab - maybe
2) Limited by knee OA
3) - Valium 2mg 1 tab tid #020
4)
5) ④ Allergies —
6)

⑤ Gait ABN

Patient Education: Treatment Plan ,Medications and Side effects ,DX PX
low fat diet , Exercise , Smoking cessation , Wt loss , ADA diet
Diabetic teaching , BG diary ,BP diary ,Foot check ,Renal diet
Fluid restr ( ) litres, low salt diet ,Elevate legs @ HS
SBE monthly. Environmental control , Coumadin diet ,
Fall Precautions ,Seizure Pre-c, Aspiration Pre-c
ER Precautions ,Medication compliance Emphasized.

LABS:    UA   FSBS  UPT  UC&s  PSA  HIV  HSV  RPR  GC/C
Urine Microalbumin  Wound C&s   PT/INR  ESR  LDH
ANA  RF  CPK  CBC  CMP  TSH  LIPID  H.Pylori  HgbA1c
CBC w/ Periph Smear , SPEP ,Free T4 ,TotalT3  Influenza A/B
West Nile Ig M
Other_____

IMMUNIZATIONS: Pneumovax   Td  Flu   Other_____
REFERRALS:    MMG  CT/MRI  USG  X-Rays  ECHO  DEXA  Carotid
Arterial Duplex  Venous Duplex
SPECIALISTS:   DERM  CARDIO  RENAL  ENT  NEURO  PAIN   OPHTH
ID  GI  HEME  ENDO  ORTHO  SURGERY   VASCULAR
PLASTICS   PODIATRY  Other_____
FOLLOW-UP:         ( wk )   ( mth)
PHONE CALL  CHECK :    (in  am )   (in 2d )