

**Cevine Medical And Rehabilitation Center**
7800 Bissonnet #115
Houston, TX 77074



DEFENDANT'S EXHIBIT
12

## Video ENG Report

| | | | |
|---|---|---|---|
| Test ID: | 080425AG | Test Operator: | LaTosha |
| Test Date: | 04/25/2008 | Interpretation Date: | 06/09/2008 |
| Patient Name: | Isaias Gonzalaz | Interpreted By: | Dr. Richard Newman |
| Patient Age: | 82    Gender:    Male | | |

# VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Active Head Rotation, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

# OCULOMOTOR STUDIES

## Tracking / Smooth Pursuit:
For a patient of this age, normative values for gain range from 55 - 155. This patient elicited 24 gain and 0 phase. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

## Saccade:
For a patient of this age, normative peak velocity is greater than or equal to 210 deg/sec and latency less than or equal to .380. This patient has elicited 168 deg/sec velocity and .366 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

## Optokinetic:
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 2L deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

## Gaze Testing:
Study is normal.

## Spontaneous Nystagmus:
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 1L deg/sec horizontal slow component velocity. None was elicited.

## Torsion Swing:
Torsion swing does not adequately suppress.

# ACTIVE HEAD ROTATION

Active head rotation was performed at head speeds of 1 - 2 Hz. for both the vertical and horizontal vestibulo-ocular

https://interpra.scotttrak.com/report.asp?id=32923

6/9/2008

reflex (VOR). Normative values for gain both horizontally and vertically are 75 - 125% with horizontal asymmetry within +/- 10%. This patient elicited horizontal gain of 100R% and vertical gain of 100R%. There is normal gain horizontally. There is normal gain vertically. Horizontal gain is asyrometric to the right.

_____    _____
Interpreter Signature                             Referring Physician Signature

 **Cevine Medical And Rehabilitation Center**
7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | |
|---|---|---|---|
| **Test ID:** | 080328BI | **Test Operator:** | LaTosha |
| **Test Date:** | 03/28/2008 | **Interpretation Date:** | 06/09/2008 |
| **Patient Name:** | George Wade | **Interpreted By:** | Dr. Richard Newman |
| **Patient Age:** | 84   **Gender:**   Male | | |

## VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

## OCULOMOTOR STUDIES

### Tracking / Smooth Pursuit:
For a patient of this age, normative values for gain range from 55 - 155. This patient elicited 46 gain and 0 phase. There is decreased gain horizontally.

### Saccade:
For a patient of this age, normative peak velocity is greater than or equal to 210 deg/sec and latency less than or equal to .380. This patient has elicited 37 deg/sec velocity and .350 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Optokinetic:
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 0R deg/sec rightward and 1R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Gaze Testing:
Study is normal.

### Spontaneous Nystagmus:
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 1L deg/sec horizontal slow component velocity. None was elicited.

### Torsion Swing:
Torsion swing does not adequately suppress.

## POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient elicited the following values for positional tests:

https://interpra.scotttrak.com/report.asp?id=32924

6/9/2008

| Supine, Head C | Supine, Head L | Supine, Head R | Body L | Body R |
|---|---|---|---|---|
| 0R | 1R | 2R | 0R | 0R |

All tests are normal. No nystagmus was elicited.

## DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 1L deg/sec horizontally and 0R deg/sec vertically on rightward testing and 1L deg/sec horizontally and 1R deg/sec vertically on leftward testing. These are normal bilaterally. No nystagmus was elicited.

## CALORIC RESULTS

Normative values for caloric testing are a combined slow component velocity from all 4 tests (cool right, cool left, warm right, warm left) of greater than or equal to 20 deg/sec with a unilateral weakness of less than or equal to 25%. Patient has elicited the following results for caloric tests:

This test was incomplete or omitted. This test was incomplete or omitted.

## IMPRESSIONS:

**Peripheral**
There is no evidence of significant peripheral vestibular dysfunction.

**Central**
There is evidence of significant central vestibular dysfunction. Defective pursuit denotes a CNS lesion. Bilateral or symmetric defective pursuits imply dysfunction of the cerebellum, striate cortex, or brainstem. Inadequate suppression of torsion swing denotes central vestibular dysfunction. This may be consistent with an oculomotor disturbance. Low vision must be considered.

## RECOMMENDATIONS:

Balance rehabilitation is indicated, targeting the above mentioned abnormalities. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

| Warm Left | Warm Right | Cool Left | Cool Right |
|-----------|-----------|-----------|-----------|
| N/A | 0R | N/A | N/A |

This is to certify that the VNG report, performed on 3/28/2008 1:26:28 AM, submitted by LaTosha for George Wade, 84 years old, was read by Dr. Richard Newman on 6/9/2008 9:51:56 PM.

_____
Interpreter Signature

_____
Referring Physician Signature



**Cevine Medical And Rehabilitation Center**
7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | | |
|---|---|---|---|---|
| Test ID: | 080308AI | | Test Operator: | LaTosha |
| Test Date: | 03/08/2008 | | Interpretation Date: | 06/09/2008 |
| Patient Name: | aqalapsice | | Interpreted By: | Dr. Richard Newman |
| Patient Age: | 59 | Gender: Female | | |

# VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Positional Tests, Dix / Halipike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

# OCULOMOTOR STUDIES

**Tracking / Smooth Pursuit:**
For a patient of this age, normative values for gain range from 70 - 140. This patient elicited 18 gain and -18 phase. There is decreased gain horizontally.

**Saccade:**
For a patient of this age, normative peak velocity is greater than or equal to 240 deg/sec and latency less than or equal to .350. This patient has elicited 150 deg/sec velocity and .316 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Optokinetic:**
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 0R deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Gaze Testing:**
Study is normal.

**Spontaneous Nystagmus:**
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 0R deg/sec horizontal slow component velocity. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Torsion Swing:**
Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient

elicited the following values for positional tests:

| Supine, Head C | Supine, Head L | Supine, Head R | Body L | Body R |
|---|---|---|---|---|
| 4R | 1R | 1L | 1R | 1L |

All tests are normal. No nystagmus was elicited.

## DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 0R deg/sec horizontally and 0R deg/sec vertically on rightward testing and 0R deg/sec horizontally and 0R deg/sec vertically on leftward testing. These are normal bilaterally. No nystagmus was elicited.

## CALORIC RESULTS

Normative values for caloric testing are a combined slow component velocity from all 4 tests (cool right, cool left, warm right, warm left) of greater than or equal to 20 deg/sec with a unilateral weakness of less than or equal to 25%. Patient has elicited the following results for caloric tests:

| Warm Left | Warm Right | Cool Left | Cool Right |
|-----------|------------|-----------|------------|
| 0R | 0R | 0R | 2L |

These were not adequately completed or recorded.

## IMPRESSIONS:

**Peripheral**
There is no evidence of significant peripheral vestibular dysfunction.

**Central**
There is evidence of significant central vestibular dysfunction. Defective pursuit denotes a CNS lesion. Bilateral or symmetric defective pursuits imply dysfunction of the cerebellum, striate cortex, or brainstem. This may be consistent with an oculomotor disturbance. Low vision must be considered.

## RECOMMENDATIONS:

Balance rehabilitation is indicated, targeting the above mentioned abnormalities. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

This is to certify that the VNG report, performed on 3/8/2008 12:26:47 PM, submitted by LaTosha for opal price, 59 years old, was read by Dr. Richard Newman on 6/9/2008 9:45:56 PM.

_____
Interpreter Signature

_____
Referring Physician Signature



# Cevine Medical And Rehabilitation Center

7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | |
|---|---|---|---|
| **Test ID:** | 080308EA | **Test Operator:** | LaTosha |
| **Test Date:** | 03/08/2008 | **Interpretation Date:** | 06/09/2008 |
| **Patient Name:** | ~~[redacted]~~ | **Interpreted By:** | Dr. Richard Newman |
| **Patient Age:** | 75    **Gender:**    Female | | |

## VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

## OCULOMOTOR STUDIES

### Tracking / Smooth Pursuit:
For a patient of this age, normative values for gain range from 60 - 150. This patient elicited 32767 gain and -3276 phase. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Saccade:
For a patient of this age, normative peak velocity is greater than or equal to 220 deg/sec and latency less than or equal to .370. This patient has elicited 75 deg/sec velocity and .266 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Optokinetic:
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 0R deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Gaze Testing:
Study is normal.

### Spontaneous Nystagmus:
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 0R deg/sec horizontal slow component velocity. None was elicited.

### Torsion Swing:
Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

## POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient

# DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 0R deg/sec horizontally and 1L deg/sec vertically on rightward testing and 0R deg/sec horizontally and 1L deg/sec vertically on leftward testing. These are normal bilaterally. No nystagmus was elicited.

# CALORIC RESULTS

Normative values for caloric testing are a combined slow component velocity from all 4 tests (cool right, cool left, warm right, warm left) of greater than or equal to 20 deg/sec with a unilateral weakness of less than or equal to 25%. Patient has elicited the following results for caloric tests:

| Warm Left | Warm Right | Cool Left | Cool Right |
|-----------|------------|-----------|------------|
| 0R | 0R | 0R | 0R |

These were not adequately completed or recorded.

# IMPRESSIONS:

**Peripheral**
There is no evidence of significant peripheral vestibular dysfunction.

**Central**
There is no evidence of significant central vestibular dysfunction.

# RECOMMENDATIONS:

No intervention is needed based on these findings at this time, unless the clinical picture strongly suggests otherwise. A generalized balance rehabilitation program may be useful, especially with the goal of fall prevention. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

This is to certify that the VNG report, performed on 3/8/2008 4:02:03 AM, submitted by LaTosha for aida carrillo, 75 years old, was read by Dr. Richard Newman on 6/9/2008 9:45:00 PM.

_____    _____
Interpreter Signature                        Referring Physician Signature



**Cevine Medical And Rehabilitation Center**
7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | |
|---|---|---|---|
| **Test ID:** | 080308CP | **Test Operator:** | LaTosha |
| **Test Date:** | 03/08/2008 | **Interpretation Date:** | 06/09/2008 |
| **Patient Name:** | guadalupe zepada | **Interpreted By:** | Dr. Richard Newman |
| **Patient Age:** | 72    Gender:    Female | | |

# VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

# OCULOMOTOR STUDIES

## Tracking / Smooth Pursuit:
For a patient of this age, normative values for gain range from 60 - 150. This patient elicited 102 gain and 2 phase. There is normal gain and phase horizontally.

## Saccade:
For a patient of this age, normative peak velocity is greater than or equal to 220 deg/sec and latency less than or equal to .370. This patient has elicited 342 deg/sec velocity and .300 latency. There are normal velocities and latencies for fixed saccades.

## Optokinetic:
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 1L deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

## Gaze Testing:
Study is normal.

## Spontaneous Nystagmus:
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 2L deg/sec horizontal *slow component velocity. None was elicited.*

## Torsion Swing:
Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient elicited the following values for positional tests:

| Supine, Head C | Supine, Head L | Supine, Head R | Body L | Body R |
|---|---|---|---|---|
| 1L | 1L | 4R | 10R | 0R |

All tests are normal. No nystagmus was elicited. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 1L deg/sec horizontally and 0R deg/sec vertically on rightward testing and 1L deg/sec horizontally and 1R deg/sec vertically on leftward testing. These are normal bilaterally. No nystagmus was elicited.

# CALORIC RESULTS

Normative values for caloric testing are a combined slow component velocity from all 4 tests (cool right, cool left, warm right, warm left) of greater than or equal to 20 deg/sec with a unilateral weakness of less than or equal to 25%. Patient has elicited the following results for caloric tests:

| Warm Left | Warm Right | Cool Left | Cool Right |
|-----------|------------|-----------|------------|
| N/A | 1R | 0R | 2R |

This test was incomplete or omitted.

# IMPRESSIONS:

**Peripheral**
There is no evidence of significant peripheral vestibular dysfunction.

**Central**
There is no evidence of significant central vestibular dysfunction.

# RECOMMENDATIONS:

No intervention is needed based on these findings at this time, unless the clinical picture strongly suggests otherwise. A generalized balance rehabilitation program may be useful, especially with the goal of fall prevention. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

This is to certify that the VNG report, performed on 3/8/2008 2:46:26 AM, submitted by LaTosha for guadalupe zepada, 72 years old, was read by Dr. Richard Newman on 6/9/2008 9:44:17 PM.

_____
Interpreter Signature

_____
Referring Physician Signature



**Cevine Medical And Rehabilitation Center**
7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | | |
|---|---|---|---|---|
| Test ID: | 080309WD | | Test Operator: | LaTosha |
| Test Date: | 03/09/2008 | | Interpretation Date: | 06/09/2008 |
| Patient Name: | Thelma Henderson | | Interpreted By: | Dr. Richard Newman |
| Patient Age: | 55    Gender:    Female | | | |

# VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

# OCULOMOTOR STUDIES

**Tracking / Smooth Pursuit:**
For a patient of this age, normative values for gain range from 70 - 140. This patient elicited 53 gain and 0 phase. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Saccade:**
For a patient of this age, normative peak velocity is greater than or equal to 240 deg/sec and latency less than or equal to .350. This patient has elicited 340 deg/sec velocity and .416 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Optokinetic:**
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 0R deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Gaze Testing:**
Study is normal.

**Spontaneous Nystagmus:**
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 0R deg/sec horizontal slow component velocity. None was elicited.

**Torsion Swing:**
Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient elicited the following values for positional tests:

| Supine, Head C | Supine, Head L | Supine, Head R | Body L | Body R |
|---|---|---|---|---|
| OR | OR | OR | OR | OR |

All tests are normal. No nystagmus was elicited.

# DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 1L deg/sec horizontally and 1L deg/sec vertically on rightward testing and 0R deg/sec horizontally and 0R deg/sec vertically on leftward testing. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# CALORIC RESULTS

Normative values for caloric testing are a combined slow component velocity from all 4 tests (cool right, cool left, warm right, warm left) of greater than or equal to 20 deg/sec with a unilateral weakness of less than or equal to 25%. Patient has elicited the following results for caloric tests:

| Warm Left | Warm Right | Cool Left | Cool Right |
|-----------|-----------|-----------|-----------|
| 0R | 0R | 2L | 1L |

These were not adequately completed or recorded. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# IMPRESSIONS:

**Peripheral**
There is no evidence of significant peripheral vestibular dysfunction.

**Central**
There is no evidence of significant central vestibular dysfunction.

# RECOMMENDATIONS:

No intervention is needed based on these findings at this time, unless the clinical picture strongly suggests otherwise. If the clinical picture still strongly suggests positional vertigo of vestibular origin, then canalith repositioning maneuvers should be considered. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

This is to certify that the VNG report, performed on 3/9/2008 10:09:29 PM, submitted by LaTosha for Thelma Henderson, 55 years old, was read by Dr. Richard Newman on 6/9/2008 9:50:50 PM.

_Newman MD_

Interpreter Signature

Referring Physician Signature



**Cevine Medical And Rehabilitation Center**
7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | |
|---|---|---|---|
| Test ID: | 080202BR | Test Operator: | LaTosha |
| Test Date: | 02/02/2008 | Interpretation Date: | 06/09/2008 |
| Patient Name: | Purvis Pruitt | Interpreted By: | Dr. Richard Newman |
| Patient Age: | 75 Gender: Male | | |

# VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Torsion Swing, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

# OCULOMOTOR STUDIES

**Tracking / Smooth Pursuit:**
For a patient of this age, normative values for gain range from 60 - 150. This patient elicited 40 gain and 0 phase. There is decreased gain horizontally.

**Saccade:**
For a patient of this age, normative peak velocity is greater than or equal to 220 deg/sec and latency less than or equal to .370. This patient has elicited 196 deg/sec velocity and .333 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Optokinetic:**
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 0R deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

**Gaze Testing:**
Study is normal.

**Spontaneous Nystagmus:**
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 1L deg/sec horizontal slow component velocity. None was elicited.

**Torsion Swing:**
This test is normal. There was adequate fixation suppression.

# POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient elicited the following values for positional tests:

| Supine, Head C | Supine, Head L | Supine, Head R | Body L | Body R |
|:---:|:---:|:---:|:---:|:---:|
| 1R | 1R | 1L | 0R | 1L |

All tests are normal. No nystagmus was elicited.

# DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 0R deg/sec horizontally and 1L deg/sec vertically on rightward testing and 1L deg/sec horizontally and 0R deg/sec vertically on leftward testing. These are normal bilaterally. No nystagmus was elicited.

# CALORIC RESULTS

Normative values for caloric testing are a combined slow component velocity from all 4 tests (cool right, cool left, warm right, warm left) of greater than or equal to 20 deg/sec with a unilateral weakness of less than or equal to 25%. Patient has elicited the following results for caloric tests:

| Warm Left | Warm Right | Cool Left | Cool Right |
|-----------|------------|-----------|------------|
| 0R | 1L | 1L | 0R |

These were not adequately completed or recorded.

# IMPRESSIONS:

**Peripheral**
There is no evidence of significant peripheral vestibular dysfunction.

**Central**
There is evidence of significant central vestibular dysfunction. Defective pursuit denotes a CNS lesion. Bilateral or symmetric defective pursuits imply dysfunction of the cerebellum, striate cortex, or brainstem. This may be consistent with an oculomotor disturbance. Low vision must be considered.

# RECOMMENDATIONS:

Balance rehabilitation is indicated, targeting the above mentioned abnormalities. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

This is to certify that the VNG report, performed on 2/2/2008 1:51:05 AM, submitted by LaTosha for Purvis Fluitt, 75 years old, was read by Dr. Richard Newman on 6/9/2008 9:42:58 PM.

_____
Interpreter Signature

_____
Referring Physician Signature

https://interpra.scotttrak.com/report.asp?id=32932

6/9/2008



## Cevine Medical And Rehabilitation Center
7800 Bissonnet #115
Houston, TX 77074

## Video ENG Report

| | | | |
|---|---|---|---|
| **Test ID:** | 080513XO | **Test Operator:** | LaTosha |
| **Test Date:** | 05/13/2008 | **Interpretation Date:** | 06/09/2008 |
| **Patient Name:** | Johnnie Preston | **Interpreted By:** | Dr. Richard Newman |
| **Patient Age:** | 73    Gender:    Male | | |

## VIDEONYSTAGMOGRAPHY

Tracking / Smooth Pursuit, Saccade, Optokinetic, Gaze Testing, Spontaneous Nystagmus, Active Head Rotation, Positional Tests, Dix / Hallpike Tests, Caloric Results testing were performed with vertical as well as horizontal recordings.

## OCULOMOTOR STUDIES

### Tracking / Smooth Pursuit:
For a patient of this age, normative values for gain range from 60 - 150. This patient elicited 62 gain and 0 phase. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Saccade:
For a patient of this age, normative peak velocity is greater than or equal to 220 deg/sec and latency less than or equal to .370. This patient has elicited 407 deg/sec velocity and .450 latency. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Optokinetic:
Normative values for optokinetic nystagmus studies are greater than or equal to 6 deg/sec to each side with a symmetrical difference of greater than or equal to 30%. This patient has elicited 0R deg/sec rightward and 0R deg/sec leftward. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

### Gaze Testing:
Study is normal.

### Spontaneous Nystagmus:
Normal values for horizontal slow component velocity are 0 - 3 deg/sec. This patient elicited 6R deg/sec horizontal slow component velocity. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

## ACTIVE HEAD ROTATION

Active head rotation was performed at head speeds of 0 - 3 Hz. for both the vertical and horizontal vestibulo-ocular reflex (VOR). Normative values for gain both horizontally and vertically are 75 - 125% with horizontal asymmetry within +/- 10%. This patient elicited horizontal gain of 64R% and vertical gain of 100R%. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# POSITIONAL TESTS

Normative values for positional tests are 0 - 3 deg/sec horizontal slow component velocity for all positions. Patient elicited the following values for positional tests:

| Supine, Head C | Supine, Head L | Supine, Head R | Body L | Body R |
|---|---|---|---|---|
| 0R | 1R | 0R | 1L | 1R |

All tests are normal. No nystagmus was elicited.

# DIX / HALLPIKE TEST

Normative values for Dix-Hallpike tests are less than or equal to 3 deg/sec slow component velocity both horizontally and vertically. Patient has elicited 2R deg/sec horizontally and 6L deg/sec vertically on rightward testing and 2L deg/sec horizontally and 2L deg/sec vertically on leftward testing. Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology.

# CALORIC RESULTS

Artifacts impair interpretation of this test. Cooperativity might have been limited. There was poor morphology. This test was incomplete or omitted.

# IMPRESSIONS:

## Peripheral
There is no evidence of significant peripheral vestibular dysfunction.

## Central
There is no evidence of significant central vestibular dysfunction.

# RECOMMENDATIONS:

No intervention is needed based on these findings at this time, unless the clinical picture strongly suggests otherwise. A generalized balance rehabilitation program may be useful, especially with the goal of fall prevention. Studies were incomplete, omitted, or had too much artifact. Consideration should be given to repeating the tests that were incomplete. Consideration should be given to repeating calorics with ice water, if not already done.

This is to certify that the VNG report, performed on 5/13/2008 11:42:59 PM, submitted by LaTosha for Johnnie Preston, 73 years old, was read by Dr. Richard Newman on 6/9/2008 9:54:17 PM.

_Newman MD_

Interpreter Signature _____    Referring Physician Signature _____