October 1 , 2020

To:

Judge Werlein

United States District Court

Southern District of Texas

515 Rusk street

Houston Tx 77002

From:

Enyibuaku Rita Uzoaga, MD

7935 Deer Meadow Drive

Houston ,Tx 77071

4-14CR 000065-001

Dear Judge Werlein:

### REQUEST FOR EARLY TERMINATION OF PROBATION

Your Honor, I am writing to petition the court for an early release from probation based on the following reasons:

1)I have served more than one-third of my supervised release term of 3 years (17months to be exact).

2)I have not violated any federal, state or local laws or statutes.

3)I am not in default of fines or monetary payments.

4)I have maintained employment and all conditions of my probation.

5)The Probation office is not opposing my motion for early termination of supervised release.

My sentence date was: March 24, 2016. My expected termination date is: May 23,2022.

Since my incarceration , I have realized the devastating impact of my offense on the society, on my family and on me, and through this journey , I have gained massive wisdom as well as learned the importance and application of discernment in every life situation.

As I work towards my ultimate goal which is to return back to the practice of Medicine, my active probation has continued to be a hindrance to my consideration for re-licensure by state Medical Boards and this is due to the fact that every jurisdiction still sees me as being under sentence. I have applied and appeared before two state medical Boards (Texas Medical Board and the Georgia Medical Board) and have had my applications for licensure denied. The board letters are attached herein.

Your Honor, I pray that while making your decision, that you please take into consideration all the factors which I have stated in this letter.

Thank you.

Respectfully yours,

UZOAGA ENYIBUAKU RITA, MD

   

Delete  Reply  Reply All  Forward  Move  Note  Printable  Help

**From:** Rita Uzoaga <enyiuzoaga@icloud.com>

**To:** ruzoaga@synergygroupus.com

**Subject:** TMB

Dear Dr. Uzoaga,

The Board at its meeting on March 5, 2020 approved the Licensure Committee's recommendation that you be determined ineligible for licensure. A copy of the minutes from the Licensure Committee meeting are enclosed, you are referred to as Applicant #2370.

Following the Licensure Committee's determination and prior to the Committee's determination being adopted by the full Board, you chose to withdraw your application. As a result, the determination of ineligibility will not be reported to the National Practitioner Data Bank.

Should you have any questions please contact Lucy Hsu by email at Lucy.Hsu@tmb.state.tx.us.

Sincerely,

Grace Unterborn
Manager, Licensure

GU/lh

| Location Address: | Mailing Address | Phone 512.305.7030 |
|---|---|---|
| 333 Guadalupe, Tower 3, Suite 610 | MC-244, P.O. Box 2029 | Fax 888.550.7516 |
| Austin, Texas 78701 | Austin, Texas 78768-2029 | www.tmb.state.tx.us |

Body | Attachments | Headers

# TEXAS MEDICAL BOARD

## LICENSURE COMMITTEE MEETING MINUTES

### March 5, 2020

**The meeting was called to order 10:01 a.m.** by Chair, Linda Molina, J.D. Other Committee members present were Michael Cokinos, George De Loach, D.O., Kandace Farmer, D.O., Jeffrey L. Luna, M.D., Roberto Martinez, M.D., and Satish Nayak, M.D.

Committee members absent were Arun Agarwal, Vanessa Hicks-Callaway and Jayaram B. Naidu, M.D.

**Agenda Item 2 – Licensee requests.**
There are none.

**Ms. Molina moved and Mr. Cokinos seconded that the Committee close the meeting to the public and continue in Executive Session for deliberations concerning Agenda Item 3a. The motion passed.** Ms. Molina announced that the meeting would be closed for deliberations at **10:04 a.m.** concerning licensure applications and the character and fitness of applicants under the authority of The Medical Practice Act Sections 152.009 and 155.058, Occupations Code, and that while in executive session, the Board would not take any action, make any decision, or vote with regard to any matter that may be considered or discussed. A certified agenda of any executive session will be made.

**The Executive Session ended at 3:20 p.m.** The Licensure Committee conducted hearings to review licensure applicants appearing concerning eligibility. The hearings were conducted in Executive Session. Following the hearings, the Committee reconvened and considered the requests and applications.

Dr. Luna left the meeting at 3:35 p.m.

**Agenda Item 3a - Applicants appearing concerning eligibility.**

Applicant #2367 appeared before the Committee in executive session. In open session, **Mr. Cokinos moved that the committee recommend to the full Board that the**

1

applicant be granted an unrestricted license. Dr. Farmer seconded the motion. All voted in favor and the motion passed.

Applicant #2369 appeared before the Committee in executive session. In open session, **Dr. Luna moved that the committee recommend to the full Board that the applicant be granted an unrestricted license. Mr. Cokinos seconded the motion. All voted in favor and the motion passed.**

Application #2371 appeared before the Committee in executive session. In open session, **Dr. De Loach moved that the committee recommend to the full Board that the applicant be granted an unrestricted license. Dr. Luna seconded the motion. All voted in favor and the motion passed.**

Applicant #2370 appeared before the Committee in executive session. In open session, **Ms. Molina moved that the committee recommend to the full Board that the applicant be determined ineligible for relicensure due to the Applicant's criminal history. Dr. Martinez seconded the motion. Mr. Cokinos, Dr. Farmer, Dr. Luna, Dr. Martinez and Ms. Molina voted in favor. Dr. Nayak and Dr. De Loach voted nay. The motion passed.**

Applicant #2382 appeared before the Committee, with counsel, in executive session. In open session, **Dr. De Loach moved that the committee recommend to the full Board that the applicant be granted an unrestricted license. Mr. Cokinos seconded the motion. All voted in favor and the motion passed.**

Applicant #2383 appeared before the Committee in executive session. In open session, **Dr. Farmer moved that the committee recommend to the full Board that the applicant be granted an unrestricted license. Mr. Cokinos seconded the motion. All voted in favor and the motion passed.**

Applicant #2380 appeared before the Committee, with counsel, in executive session. In open session, **Mr. Cokinos moved that the committee recommend to the full Board that the applicant's request for reinstatement of their license be denied due to the applicant's disciplinary history and time out of active practice. Dr Luna seconded the motion. All voted in favor and the motion passed.**

2

**Applicant #2368** appeared before the Committee, with counsel, in executive session. In open session, **Dr. Martinez moved that the committee recommend to the full Board that the applicant's appeal of the determination of ineligibility be denied. Dr. Nayak seconded the motion. All voted in favor and the motion passed.**

**Applicant #2381** appeared before the Committee, with counsel, in executive session. In open session, **Dr. De Loach moved that the committee recommend to the full Board that the applicant's appeal of the determination of ineligibility be denied. Further, the applicant is eligible to apply for a Provisional License. Dr. Farmer seconded the motion. All voted in favor and the motion passed.**

**Applicant #2375** failed to appear before the Committee. In open session, **Dr. Nayak moved that the committee recommend to the full Board that the applicant's appeal of the determination of withdrawing their current application and reapplying with correct responses be denied. Mr. Cokinos seconded the motion. All voted in favor and the motion passed.**

**Agenda Item 3b – Proposed orders offered by the Executive Director.**
Ms. Unterborn reported on **1 Agreed Order and 4 Remedial Plans** offered by the Executive Director and accepted by the applicants. After discussion **Dr. Farmer moved to recommend to the full Board that the 1 Agreed Order and 4 Remedial Plans be approved. Dr. Nayak seconded the motion. All voted in favor and the motion passed.**

**Agenda Item 3c – Physician licensure applicants to be licensed.**
Ms. Unterborn reported that there were **225** applicants who met all requirements to be considered for permanent licensure by the full Board. **Dr. De Loach moved to recommend to the full Board that all 225 physician licensure applicants determined to meet eligibility requirements by staff be approved. Dr. Nayak seconded the motion. All voted in favor and the motion passed.**

**Agenda Item 3d – Surgical Assistant licensure applicants to be licensed.**
Ms. Unterborn reported that were **19** surgical assistant applicants who met all requirements to be considered for licensure by the full Board. **Mr. Cokinos moved to recommend to the full Board**

3

Sent from my iPhone

Begin forwarded message:

**From:** Rita Uzoaga <enyiuzoaga@icloud.com>
**Date:** 6 September 2020 at 14:31:57 GMT-5
**To:** "Hughes, LaSharn" <lhughes@dch.ga.gov>
**Subject:** Re: Application for Georgia Medical License

Thank you For the response Ms.Hughes.
If I have any other questions I will email you .
Hope you get some Rest this Labor Day .
Dr Uzoaga

Sent from my iPhone

On 6 Sep 2020, at 13:35, Hughes, LaSharn <lhughes@dch.ga.gov> wrote:

Dr. Uzoaga:  Yes you were denied by the Board.  Generally, when an applicant lose their license from another state they Board requires the applicant to clear up the issue from the state where they lost their license.    You need to get Texas to reinstate your license before you can come to Georgia.  I wish you success with your future endeavors.

LaSharn Hughes, MBA

Executive Director

Georgia Composite Medical Board

Georgia Board of Health Care Workforce

2 Peachtree Street, NW, 6th Floor

Atlanta, GA 30303

(404) 463-1055

-----Original Message-----

From: Rita Uzoaga <enyiuzoaga@icloud.com>

Sent: Friday, September 4, 2020 3:15 PM

To: Hughes, LaSharn <lhughes@dch.ga.gov>

Subject: Application for Georgia Medical License

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Ms.Hughes

This is Dr Uzoaga and I tried calling you to discuss the email I just received regarding the Boards's decision to uphold the denial of my application. I was wondering if there was any advice you could offer? If there was an appeal process? What is the timeline as to when I can reapply.

Thanks

Dr Uzoaga

Sent from my iPhone

This message was secured by Zix(R).